1  GENGA & ASSOCIATES, P.C.
   JOHN M. GENGA (SB# 125522)
2  KHURRAM A. NIZAMI (SB# 249835)
   15260 Ventura Boulevard, Suite 1810
3  Sherman Oaks, California 91403
   Telephone: (818) 444-4580
4  Facsimile: (818) 444-4585

5  Attorneys for Defendant
   MIDLAND CREDIT MANAGEMENT, INC.
6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 KIMBERLIE ROBINSON,            Case No.: CV11-03011 JHN (MRW)
                                  ORDER ON
12           Plaintiff,           STIPULATION FOR DISMISSAL OF
                                  ENTIRE ACTION WITH PREJUDICE
13      vs.

14 MIDLAND CREDIT                 [Fed. R. Civ. P. 41]
   MANAGEMENT, INC.,
15
             Defendant.
16

17

18

19

20

21

22

23

24 TO THE COURT:

25      IT IS HEREBY STIPULATED by and among all parties hereto, by and through

26 their respective counsel of record, pursuant to Rule 41 of the Federal Rules of Civil

27

28

Procedure, that this action shall be, and hereby is, dismissed in its entirety with prejudice, and without costs or attorneys' fees to any party.

IT IS SO STIPULATED.

DATED: November 15, 2011     LAW OFFICES OF TODD M. FRIEDMAN, P.C.

By: _____
Todd M. Friedman
Attorney for Plaintiff
KIMBERLIE ROBINSON

DATED: November __, 2011     GENGA & ASSOCIATES, P.C.

By: _____
Khurram A. Nizami
Attorneys for Defendant
MIDLAND CREDIT MANAGEMENT, INC.

IT IS SO ORDERED.
DATED: NOV 16 2011

_____
JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE